FILED

11/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0301

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0301

_____

DUNCAN BEN ABBEY,

     Plaintiff and Appellee,

v.

JOSEPH R. HARTLEY, individually and as
Trustee of the Joseph Robert Hartley Living Trust;
and the JOSEPH ROBERT HARTLEY LIVING
TRUST,

     Defendants and Appellants

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Luke Berger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2022